## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                          **Case No. 02-40152-01-RDR**

SHADD ALLAN BOESE,

        Defendant.

## O R D E R

This order is issued to record the rulings of the court during the sentencing hearing in the above-captioned case. The presentence report reflects that two objections were made by defendant to the report. During the sentencing hearing, the court construed the comments of counsel as withdrawing those objections. If the objections had not been withdrawn, the court would have found that it was not necessary to rule upon the objections because the information objected to was not material to the sentence imposed by the court.

A copy of this order shall accompany any copy of the presentence report transmitted to the Bureau of Prisons.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2006 at Topeka, Kansas.

                                            s/Richard D. Rogers
                                            United States District Judge